DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAXTON YOUNG,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2527

[October 31, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas M. Lynch, V, Judge; L.T. Case No. 11-016220CF10A.

Paxton Young, Daytona Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***